THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS BERTINI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS M. GALLAGHER, Appellant.— Judgment of the County Court of Nassau County convicting the defendant of the crime of manslaughter in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HUMINS (Correct Name EDMUND BERNARD HUMINS), Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting him of the crime of endangering the morals of a minor and assault in the third degree. Judgment reversed on the law and the facts, information dismissed and defendant discharged on the ground that the credible proof failed to establish the guilt of the defendant beyond a reasonable doubt. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SCHWARTZ, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of violating sections 340 and 357 of the Banking Law (Consol. Laws, chap. 2) (failure to obtain license, and usury), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED TERRY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crime of injury to property and sentencing him to a term of sixty days in the workhouse, modified on the facts by reducing the sentence to a term of thirty days in the workhouse in addition to the time served between the passing of sentence and the issuance of the certificate of reasonable doubt. As thus modified, the judgment is unanimously affirmed. No opinion. Present — Hagarty, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting.